UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

------------------------------------------------------------X
BUDGET BOAT TOWING & SALVAGE COMPANY, INC.,

Plaintiff, C.A. No.: 07-349/ML-DLM

-against-

MONTRACHET, LLC, in personam, and M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, *etc*., in rem,

Defendants.
------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for plaintiff Budget Boat Towing & Salvage Company, Inc. ("BBTS"), certifies that BBTS is a private non-governmental entity that has no publicly held corporate parents, affiliates, or subsidiaries.

/s/ Michael J. Daly

Gordon P. Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
Vetter & White
20 Washington Place
Providence, RI 02903
Tel.: (401) 421-3060
Fax: (401) 272-6803
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

September 19, 2007

Of counsel:
John Fulweiler, Esq., (pro hac vice motion pending)
DeOrchis, Wiener & Partners, LLP
New York, New York