AO 440 (Rev. 10/93) Summons in a Civil Action

Flush

# United States District Court

DISTRICT OF

RHODE ISLAND

BUDGET BOAT TOWING & SALVAGE COMPANY, INC.

V.

MONTRACHET, LLC., in personam, and M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, etc., in rem

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 07- CA 07 349 ML

TO: (Name and address of defendant)

MONTRACHET, LLC, by its agent for service of process,
Richard S. Humphrey, Esq.
3852 Main Road
Tiverton, RI 02878

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon P. Cleary
Michael J. Daly
VETTER & WHITE
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

9/14/07

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9-19-07 |
| NAME OF SERVER *(PRINT)* | TITLE DENNIS M. TABER CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): upon Richard Humphrey Esq 3852 Main Rd Tiverton Rd Agent for [illegible]

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 40 | 40 — | 40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-19-07
*Date*

Dennis M Taber
*Signature of Server*

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.