UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X
BUDGET BOAT TOWING & SALVAGE COMPANY, INC.,

Plaintiff, C.A. No.: 07-349/ML-DLM

-against-

MONTRACHET, LLC, in personam, and M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, *etc*., in rem,

Defendants.
---------------------------------------------------------X

**STIPULATION**

Plaintiff and defendants, by and through the undersigned counsel, hereby agree and stipulate that defendants shall have until November 8, 2007 to file and serve an Answer to plaintiff's Complaint.

_/s/ Michael J. Daly_______________
Michael J. Daly, Esq., No. 6729
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, RI 02903
(401) 421-3060 [TEL.]
(401) 272-6803 [FAX]
mdaly@vetterandwhite.com

/s/ Stefanie A. Murphy____________
Stefanie A. Murphy, Esq. No. 7252
Law Offices of Richard S. Humphry
Attorneys for Defendants
3852 Main Road
Tiverton, RI 02878
(401)624-6152 [TEL.]
(401)624-8180 [FAX]
stefaniemurphy@richardhumphreylaw.com

Dated: October 15, 2007