AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

BUDGET BOAT TOWING & SALVAGE COMPANY, INC.
PLAINTIFF

V.

MONTRACHET, LLC., in personam, and
M/Y MONTRACHET, her engines, generators,
fishing gear, tenders, electronics,
interior appointments, appurtences, etc.,
in rem, DEFENDANTS

**APPEARANCE**

Case Number: CA 07 349 (ML)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MONTRACHET, LLC., and M/Y MONTRACHET

DEFENDANTS

I certify that I am admitted to practice in this court.

11/8/2007
Date

Signature

Stefanie A. Murphy
Print Name

7252
Bar Number

3852 Main Road
Address

Tiverton
City

RI
State

02878
Zip Code

(401) 624-6152
Phone Number

(401) 624-8180
Fax Number