**VERIFICATION**

STATE OF RHODE ISLAND }
s.s.:
COUNTY OF ________ }

Before me, the undersigned authority, a notary public in and for said County and State, personally appeared ________, who being duly sworn deposes and says that he is _____ for Defendant Montrachet LLC, that he has read the foregoing Verified Answer and that the matters stated in the foregoing Verified Answer are true and correct to the best of his information and belief.

Sworn to before me this
7th day of November, 2007

Notary Public

**RISHIE J. MAHADEO**
**NOTARY PUBLIC OF NEW JERSEY**
**Commission Expires 8/25/2008**