**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| BUDGET BOAT TOWING & SALVAGE COMPANY, INC., Plaintiff, | x | |
| - against - | x | **CA 07 349 (ML)** |
| MONTRACHET, LLC., in personam, and M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, etc., in rem, Defendants. | x | **VERIFIED CLAIM OF OWNER** |

**NOW APPEARS** Defendant Montrachet LLC, by and through its undersigned counsel, and pursuant to Rule C(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, intervening for itself as owner of Defendant M/Y MONTRACHET, makes claim to the M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, etc. and avers that it was at the time of the filing of the Verified Complaint herein, and still is, the true and *bona fide* owner of the M/Y MONTRACHET and that no other person is the owner thereof.

**WHEREFORE**, Montrachet LLC prays to defend the M/Y MONTRACHET, *in rem*, and without prejudice to all other rights, claims and defenses that it and the M/Y MONTRACHET may have.

Dated: Tiverton, Rhode Island
November 8, 2007

/s/ Stefanie A. Murphy
Stefanie A. Murphy, # 7252
3852 Main Road
Tiverton, Rhode Island 02878
Tel.: (401) 624-6152
Fax: (401) 624-8180
stefaniemurphy@richardhumphreylaw.com

- and -

Thomas M. Rittweger
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005-1801
(212) 220-3830

*Attorneys for Defendant Montrachet LLC*

TO: Gordon P. Cleary, Esq.
Michael J. Daly, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

John K. Fulweiler, Esq.
DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006

CERTIFICATE OF SERVICE

TO:

Gordon P. Cleary, Esq.
Michael J. Daly, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

John K. Fulweiler, Esq.
DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006

I hereby certify that I electronically filed this Verified Answer on November 8, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above-identified counsel has been effectuated by electronic means.

/s/ Stefanie A. Murphy