# VERIFICATION

STATE OF RHODE ISLAND }
s.s.:
COUNTY OF _________ }

Before me, the undersigned authority, a notary public in and for said County and State, personally appeared _________, who being duly sworn deposes and says that he is _____ for Defendant Montrachet LLC, that he has read the foregoing Verified Claim of Owner and that the matters stated in the foregoing Verified Claim of Owner are true and correct to the best of his information and belief.

Sworn to before me this
7th day of November, 2007

Notary Public

RISHIE J. MAHADEO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/25/2008