**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------X
BUDGET BOAT TOWING & SALVAGE
COMPANY, INC., x

Plaintiff, x

- against - x **CA 07 349 (ML)**

MONTRACHET, LLC., in personam, and x
M/Y MONTRACHET, her engines,
generators, fishing gear, tenders, electronics, x
interior appointments, appurtenances, etc.,
in rem, x

Defendants. x

---------------------------------------------------X

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendant MONTRACHET, LLC hereby certifies that MONTRACHET, LLC is a private non-governmental entity and that MONTRACHET, LLC has no corporate parents, affiliates, or subsidiaries that are publicly held.

/s/ Stefanie A. Murphy
Stefanie A. Murphy, # 7252
3852 Main Road
Tiverton, Rhode Island 02878
Tel.: (401) 624-6152
Fax: (401) 624-8180
stefaniemurphy@richardhumphreylaw.com

November 8, 2007