CERTIFICATE OF SERVICE

TO:

Gordon P. Cleary, Esq.
Michael J. Daly, Esq.
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

John K. Fulweiler, Esq.
DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006

I hereby certify that I electronically filed this Rule 7.1 Statement on November 8, 2007. This document is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the above-identified counsel has been effectuated by electronic means.

/s/ Stefanie A. Murphy