UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Budget Boat Towing & Salvage Co.

Plaintiff,

v. C.A. No.:. No. 07-349 (ML)(DLM)

Montrachet, LLC and M/Y MONTRACHET, et al.

Defendants.

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant Montrachet, LLC hereby moves that Thomas M. Rittweger be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Montrachett, LLC
(Defendant)

By: Stefanie A. Murphy, #7252

Address: Law Offices of Richard S. Humphrey
3852 Main Road
Tiverton, R.I. 02878

DATED: November 13, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s) U.S. District Court, Northern, Southern, and Eastern Districts of New York; U.S. District Court, District of New Jersey, and my eligibility of practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understanding my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Thomas M. Rittweger
Thomas M. Rittweger, Esq., TR-6769(NY)
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
trittweger@nicolettihornig.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stefanie A. Murphy
Stefanie A. Murphy, #7252
Law Office of Richard S. Humphrey
3852 Main Road
Tiverton, R.I. 02878
Tel. # (401) 624-6152 Fax # (401) 624-8180
Stefaniemurphy@richardhumphreylaw.com

**ORDER**

This motion is hereby______________________________

________________________
District Judge
Date: