UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-----------------------------------------------------------X
BUDGET BOAT TOWING & SALVAGE COMPANY, INC.,

Plaintiff, C.A. No.: 07-349/ML

-against-

MONTRACHET, LLC, in personam, and M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, *etc*., in rem,

Defendants.
-----------------------------------------------------------X

**MOTION BY ALL PARTIES TO TRANSFER MATTER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Plaintiff, BUDGET BOAT TOWING & SALVAGE COMPANY, INC. ("BBT") and Defendants MONTRACHET, LLC and M/Y MONTRACHET, by and through their undersigned counsel, hereby file this Joint Motion to Transfer Matter to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(b).

This motion is uncontested and is made jointly by all parties. For this reason, the parties do not request a hearing, and respectfully seek to have the Court rule on the herein submission and the supporting memorandum of law.

Respectfully submitted,

/s/ Michael J. Daly

Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060 - Tel.
(401) 272-6803 - Fax

*Attorneys for Plaintiff*
mdaly@vetterandwhite.com

/s/ Stefanie A. Murphy
Stefanie A. Murphy, Esq. # 7252
LAW OFFICES OF RICHARD S. HUMPHREY
3852 Main Road
Tiverton, RI 02878
401-624-6152 - Tel.
401-624-8180 - Fax
stefaniemurphy@richardhumphreylaw.com
*Attorneys for Defendants*

Dated: December 24, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

----------------------------------------------------------X
BUDGET BOAT TOWING & SALVAGE COMPANY, INC.,

Plaintiff, C.A. No.: 07-349/ML

-against-

MONTRACHET, LLC, in personam, and M/Y MONTRACHET, her engines, generators, fishing gear, tenders, electronics, interior appointments, appurtenances, *etc*., in rem,

Defendants.
----------------------------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF MOTION BY ALL PARTIES TO TRANSFER MATTER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Plaintiff, BUDGET BOAT TOWING & SALVAGE COMPANY, INC. ("BBT") and Defendants MONTRACHET, LLC and M/Y MONTRACHET, by and through their undersigned counsel, hereby file this Joint Motion to Transfer Matter to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(b) and in support of the same allege the following on information and belief:[1]

## INTRODUCTION

1. BBT seeks a salvage award for services it allegedly rendered to a motor yacht.

2. BBT properly commenced this lawsuit in the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1391(b) (2) – (3) as well as under the special

[1] 28 U.S.C. § 1404(b) states: "Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district. Transfer of proceedings in rem brought by or on behalf of the United States may be transferred under this section without the consent of the United States where all other parties request transfer."

venue considerations applicable to admiralty actions. *See*, B.G. Muller Boat Works, Inc. v. Unnamed 52' House Barge, 464 F. Supp. 2d 127, 138 (E.D.N.Y. 2006) (stating "[I]n admiralty and maritime actions, venue lies in any district in which valid service of process could have been made on the defendant.").

3. As pleaded in BBT's Verified Complaint and as admitted in the Defendant's Verified Answer, Defendant MONTRACHET, LLC is a corporation organized and existing under the laws of the State of Rhode Island. As pleaded in BBT's Verified Complaint and as admitted in the Defendant's Verified Answer, MONTRACHET, LLC was and is the owner of the Motor Yacht MONTRACHET at all relevant times.

4. As identified on the United States Coast Guard's Documentation Report, attached as Exhibit "A" to BBT's Verified Complaint, the Motor Yacht MONTRACHET identifies its home port as being Newport, Rhode Island.

5. BBT timely and properly served Defendants with its Verified Complaint, and Defendants properly filed and served a Verified Answer dated November 8, 2007.

6. The underlying events which give rise to BBT's claim of salvage occurred in New Jersey at a location which is subject to the jurisdiction of the United States District Court for the District of New Jersey.

7. Both parties seek to transfer this matter to the District of New Jersey based on issues related to the convenience of the parties and witnesses.

8. Venue in the United States District Court for the District of New Jersey is properly held and it is believed that the transfer of this matter to the United States District Court for the District of Jersey may result in a more efficient resolution.

9. Under 28 U.S.C. § 1404(b) a District Court has discretion to transfer a case where all of the parties, as in the instant matter, consent to the transfer.

10. There can be little doubt that this case could have been filed in the United States District Court for the District of New Jersey where the events underlying this litigation occurred.

11. The Plaintiff does not wish to dismiss and re-file the instant action in the United States District Court for the District of New Jersey for fear that it will be prejudiced either in the priority of its lien or in some other as yet to be articulated fashion.

12. This is an uncontested motion with all parties joining in the application.

13. At the Court's request, the parties stand ready to submit a proposed Form of Order.

WHEREFORE, all parties respectfully request that the herein unopposed and joint application for transfer of this matter to the United States District Court for the District Court of New Jersey be granted and that such other, further and/or different relief be provided as the Court deems just and appropriate.

Respectfully submitted,

/s/ Michael J. Daly
Gordon P. Cleary, Esq., #1948
Michael J. Daly, Esq., #6729
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060 - Tel.
(401) 272-6803 - Fax
*Attorneys for Plaintiff*
mdaly@vetterandwhite.com

/s/ Stefanie A. Murphy
Stefanie A. Murphy, Esq. # 7252

LAW OFFICES OF RICHARD S. HUMPHREY
3852 Main Road
Tiverton, RI 02878
401-624-6152 - Tel.
401-624-8180 - Fax
stefaniemurphy@richardhumphreylaw.com
*Attorneys for Defendants*

Dated: December 24, 2007